UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATIPAN NAKKHUMPUN,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>MILLENDO THERAPEUTICS, INC., LOUIS J. ARCUDI III, CAROL GALLAGHER, JAMES HINDMAN, JOHN P. HOWE III, GEOFF NICHOL, CAROLE NUECHTERLEIN, and JULIA C. OWENS,<br><br>　　　　　　　　Defendants. | Case No.: 1:21-cv-03651-PAC |

### NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: July 23, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*